IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| GREGORY TYRRELL, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:19CV386 |
| v. | ) | |
| ROSALYN COTTON, Chairperson - The Nebraska Parole Board - In their Individual and Official Capacities, LAYNE GISSLER, In their Individual and Official Capacities, TERESA BITTINGER, In their Individual and Official Capacities, VIRGIL PATLAN, In their Individual and Official Capacities, BOB TWISS, In their Individual and Official Capacities, and DON DIVIS, In their Individual and Official Capacities, | ) | ORDER |
| Defendants. | ) | |

Plaintiff has sufficient funds in his institutional account to pay the full $505.00 in filing and docket fees. See filing no. 7. Accordingly,

IT IS ORDERED that:

1. Plaintiff's Motion for Leave to Proceed in Forma Pauperis (filing no. 2) is denied.

2. Plaintiff is directed to submit the $505.00 fees to the clerk's office within 30 days of the date of this order.

3. The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: October 16, 2019: Check for payment.

4. Failure to pay the $505.00 fees to the clerk's office within 30 days will result in the court dismissing this case without further notice to Plaintiff.

DATED this 16th day of September, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge