IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GREGORY TYRRELL, | ) | 8:19CV386 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| ROSALYN COTTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. It is noted that Plaintiff has submitted payment of $505.00 for filing and docket fees, rather than the $400.00 amount specified in the court's Corrected Order of September 17, 2019 (filing 9). The clerk of the court therefore will be directed to refund the overpayment of $105.00 to Plaintiff.

IT IS ORDERED:

1. The clerk of the court shall refund to Plaintiff the sum of $105.00.

2. Plaintiff is advised that the next step in Plaintiff's case will be for the court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

DATED this 9th day of October, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge